UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUWANA MCBRIDE,<br><br>Plaintiff,<br><br>v.<br><br>MISSOURI HIGHER EDUCATION (MOHELA), et al.,<br><br>Defendants. | Case No. 26-cv-04046-JST<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: ECF No. 5 |

Plaintiff Luwana McBride's motion for a temporary restraining order ("TRO") is now before the Court. ECF No. 5. McBride brings claims under the Fair Credit Reporting Act against Defendants United States Department of Education, Missouri Higher Education, Equifax Information Serives LLC, Experian Information Services LLC, and Transunion Information Services LLC. She seeks a TRO barring them from continuing to publish information about student loans she took out between 1997 and 2000 because she disputes the alleged debt. ECF No. 1 at 2.

"A person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules." Under Civil Local Rule 65-1(a)(5), "[a] motion for temporary restraining order must be accompanied by . . . [a] declaration . . . certifying that notice has been provided to the opposing party, or explaining why such notice could not be provided." Under Rule 65(b)(1) of the Federal Rules of Civil Procedure:

> The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:
>
> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

United States District Court
Northern District of California

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

McBride's motion does not satisfy these requirements.  Although she provides a declaration, she has neither given notice to the Defendants nor explained why such notice should be waived.  Nor is there any indication that "immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition."  Fed. R. Civ. P. 65(b)(1).

McBride's motion for a TRO is denied without prejudice to the filing of a motion for preliminary injunction on proper notice.

**IT IS SO ORDERED.**

Dated:  May 6, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2